**COMMONWEALTH of Pennsylvania,**
**Respondent**

**v.**

**Ronald Paul WALLACE, Petitioner**

**No. 57 WAL 2017**

Supreme Court of Pennsylvania.

June 20, 2017

## ORDER

PER CURIAM

**AND NOW**, this 20th day of June, 2017, the Petition for Allowance of Appeal is **DENIED**.

**COMMONWEALTH of Pennsylvania,**
**Respondent**

**v.**

**Antonio KELLY, Petitioner**

**No. 68 WAL 2017**

Supreme Court of Pennsylvania.

June 20, 2017

## ORDER

PER CURIAM

**AND NOW**, this 20th day of June, 2017, the Petition for Allowance of Appeal is **DENIED**.

**D. C., Respondent**

**v.**

**DEPARTMENT OF HUMAN SERVICES, Petitioner**

**No. 525 WAL 2016**

Supreme Court of Pennsylvania.

June 20, 2017

## ORDER

PER CURIAM

**AND NOW**, this 20th day of June, 2017, the Petition for Allowance of Appeal is **DENIED**.